UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE<br><br>        Plaintiff,<br><br>v.<br><br>BRANDEIS UNIVERSITY, ANNE-VALERIE IMPARATO, and SONIA JURADO<br><br>        Defendants. | C.A. No. 1:23-cv-10199-IT |

### DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6) of the Federal Rules of Civil Procedure and Local Rule 7.1(b), Defendants Brandeis University ("Brandeis" or the "University"), Anne-Valerie Imparato, and Sonia Jurado (collectively, "Defendants") hereby move to dismiss Count V (Negligence) and Count VI (Negligent Infliction of Emotional Distress) of Plaintiff John Doe's ("John" or "Plaintiff") Complaint.

As detailed in Defendants' accompanying Memorandum of Law in Support of Motion to Dismiss, Plaintiff brings his two negligence-based claims against Defendants solely in connection with his student disciplinary proceedings. Under well-established law, courts have fittingly dismissed similar negligence-based counts arising from student disciplinary proceedings, as there is no independent, tort-based duty between students and schools beyond the contractual duty created by the underlying written policies. In the absence of such a duty, a negligence-based claim cannot be stated.

1

For these reasons, and those set forth more fully in the accompanying Memorandum of Law, Defendants request that this Court grant their Motion to Dismiss and dismiss with prejudice Counts V and VI of the Complaint.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Defendants believe that oral argument may assist the Court in deciding this motion and thus request oral argument.

**BRANDEIS UNIVERSITY, ANNE-VALERIE IMPARATO, AND SONIA JURADO**
By their attorneys,

/s/ _____
Scott A. Roberts (BBO# 550732)
  *sroberts@hrwlawyers.com*
John D. Arnold (BBO# 699350)
  *jarnold@hrwlawyers.com*
Hirsch Roberts Weinstein LLP
24 Federal Street, 12th Floor
Boston, MA  02110
Phone: (617) 348-4300

Dated: May 2, 2023

### LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), the undersigned counsel hereby certifies that counsel for Defendants has conferred with counsel for Plaintiff and attempted in good faith to resolve or narrow the issues presented in this motion.

  */s/ Scott A. Roberts*
  Scott A. Roberts

## **CERTIFICATE OF SERVICE**

      I, Scott A. Roberts, certify that this document, filed through the Electronic Case Filing (ECF) system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 2, 2023.

                                              /s/ Scott A. Roberts
                                              Scott A. Roberts