UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE<br><br>   Plaintiff,<br><br>v.<br><br>BRANDEIS UNIVERSITY, ANNE-VALERIE IMPARATO, and SONIA JURADO<br><br>   Defendants. | C.A. No. 1:23-cv-10199-IT |

### AFFIDAVIT OF JOHN D. ARNOLD IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

I, John D. Arnold, hereby state the following under oath:

1.  I am an attorney on record for Defendants Brandeis University, Anne-Valerie Imparato, and Sonia Jurado (collectively, "Defendants"). I submit this affidavit in support of Defendants' Motion to Dismiss Plaintiff's Complaint. I make the statements herein based on personal knowledge and review of documents in connection with this matter.

2.  Attached as <u>Exhibit A</u> is a true and accurate copy of the Final Investigative Report of Anne-Valerie Imparato, dated October 15, 2021, and attachments thereto.

I declare under the penalties of perjury on this 2nd day of May 2023 that the foregoing is correct and true.

/s/ John D. Arnold
John D. Arnold