# Exhibit A

# To Be Filed Under Seal Pending Leave of the Court