## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

<table>
<tr><td>

JOHN DOE,
      *Plaintiff*,

v.

BRANDEIS UNIVERSITY,
      *Defendant*.

</td><td>

No. 1:23-cv-10199-IT

</td></tr>
</table>

## NOTICE OF RESOLUTION

Plaintiff John Doe hereby notifies the Court that the parties have reached resolution and that the parties expect to soon file a joint Stipulation of Dismissal with Prejudice.

Respectfully submitted,

**JOHN DOE**

by his attorneys,

/s/    *William Fick*
William W. Fick, BBO # 650562
Daniel Marx, BBO # 674583
Amy Barsky, BBO # 601111
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA 02210
857-321-8360
WFICK@FICKMARX.COM
DMARX@FICKMARX.COM
ABARSKY@FICKMARX.COM

## Certificate of Service

I hereby certify that this document and any attachments filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 30, 2024.

/s/  William Fick