# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE,<br>  *Plaintiff*,<br><br> v.<br><br>BRANDEIS UNIVERSITY,<br>ANNE-VALERIE IMPARATO, and<br>SONIA JURADO,<br>  *Defendants.* | No. 1:23-cv-10199-IT |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the undersigned parties stipulate that all claims that were or could have been asserted in this action be dismissed with prejudice and without costs, with all rights of appeal to be waived.

Dated: September 12, 2024

 Respectfully submitted,

| **JOHN DOE** | **BRANDEIS UNIVERSITY** |
|---|---|
| by his attorneys, | by its attorneys, |
| */s/ William Fick*<br>William W. Fick (BBO# 650562)<br>Amy Barsky (BBO# 601111)<br>Daniel N. Marx (BBO# 674523)<br>FICK & MARX LLP<br>24 Federal Street, 4th Floor<br>Boston, MA 02110<br>(857) 321-8360<br>WFICK@FICKMARX.COM<br>DMARX@FICKMARX.COM<br>ABARSKY@FICKMARX.COM | *s/ Scott A. Roberts*<br>Scott A. Roberts (BBO# 550732)<br>*sroberts@hrwlawyers.com*<br>John D. Arnold (BBO# 699350)<br>*jarnold@hrwlawyers.com*<br>Hirsch Roberts Weinstein LLP<br>One Liberty Square, 12th Floor<br>Boston, MA 02109<br>(617) 348-4300 |

## Certificate of Service

       I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered Participants as identified on the Notice of Electronic Filing (NEF) on September 12, 2024.

       */s/ William W. Fick*